File Hashes for IP Address 65.34.214.30

**ISP:** Comcast Cable
**Physical Location:** Port Saint Lucie, FL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/04/2013 22:50:59 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |
| 11/04/2013 17:30:56 | F84E7BD9064DC07A14CFD0658A4F3600C3C656E1 | Blindfold Me Part #2 |
| 11/01/2013 16:19:33 | BE7DECDF6CFF5A95EDF0AFE2AFFCB6B9B46BC105 | Bohemian Rhapsody |
| 10/19/2013 23:04:59 | 413A9A13DF9B88C895969BF64DED72400A79B95E | All Tied Up |
| 10/16/2013 22:14:21 | 3D0E8E5C709A13BE50B78AEA8E75E9E166D2EA4D | Date Night at Home |
| 10/16/2013 22:11:45 | 782F4A7573666C7A8F465FB17355F765AD50F89F | Unveiling Part #1 |
| 10/16/2013 22:07:52 | AF8E8F81D4D395135B971EBA8D6C4EEE7FCDC3B2 | We Love Ourselves |
| 10/16/2013 22:07:35 | 64F2EB0CE903C4DF2FE06E5F0B47727B940E0CF1 | Come from behind |
| 10/16/2013 22:03:05 | 2C8A7466BC29E20CE3A85A781576E5B964E7E54C | They Meet Again |
| 10/16/2013 21:54:53 | D01FC19766D36957E36620605ACE01B61E7289F6 | Unveiling Part #2 |
| 09/28/2013 02:46:22 | 6AFD23904D4B47B58B0EC42120140DF80270E89C | Love with a View |
| 09/28/2013 02:37:10 | 8253B11CB0538D632B448340AEC0BA9FC7184239 | Malibu Moments |
| 09/15/2013 18:08:50 | F2EB06D0AC1E93163C872A0996D4B4419413F1B1 | Party Boat |
| 09/11/2013 23:23:17 | 2EBC9B30600A95A8C19EFE6FC4286815420DEF69 | Czech Beauties |
| 09/11/2013 22:47:07 | 48AF98DC246877D8C83DCBC1D67C74A5888FE7B9 | Malibu Moments Part #2 |
| 09/11/2013 22:46:44 | 2B7F878B8FB668BC28D70D8805FD863BE8254272 | Girly Girls |
| 09/11/2013 22:46:23 | 88B28AB0002D33FE0B55C481D88804156FE50950 | I Love James Deen |
| 09/11/2013 22:44:24 | 06481EA008E99B0570CD4F0FF1F60F519528C984 | Triple Threat |
| 09/11/2013 22:38:57 | 39BE34F8FBA8FD0BE24FEA6E87467F45140860DC | Raw Passion |
| 09/11/2013 22:34:57 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 09/11/2013 22:34:18 | 4A9C84E2FA91E5684449B09DF4350DA45B6A4AA6 | Sneaking In |
| 08/10/2013 04:46:41 | 10D143F612F17CB1A811D191FF024C84ACA7B86C | Newlyweds |

EXHIBIT A

SFL49

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/03/2013 19:38:19 | 84B4A097CCEB14AB86B0894465BCDCF374DB38A5 | This Really Happened |
| 07/24/2013 23:15:00 | 47620ECDA89AB66CC6E4DE53276ACC75CEA07042 | Pool Party For Three |
| 06/08/2013 23:51:26 | 30FD488A62A9EC2D0CA64C382B2A4CCEAEE48CD3 | Bad Girls |
| 03/20/2013 14:28:32 | 6970F9BD4DD7399AA906AF8903F1D9D0BD83C05B | Circles of Bliss |
| 01/16/2013 21:56:39 | 53D22BA4230464D6984EDEE6CB541DDFCA6FD319 | Want You |

**Total Statutory Claims Against Defendant: 27**

EXHIBIT A

SFL49