**Copyrights-In-Suit for IP Address 65.34.214.30**

**ISP:** Comcast Cable
**Location:** Port Saint Lucie, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 10/19/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/08/2013 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/04/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 11/01/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/20/2013 |
| Come from behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 10/16/2013 |
| Czech Beauties | PA0001859654 | 07/19/2013 | 08/01/2013 | 09/11/2013 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 10/16/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/11/2013 |
| Girly Girls | PA0001862284 | 08/28/2013 | 09/08/2013 | 09/11/2013 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 09/11/2013 |
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 09/28/2013 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 09/28/2013 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 09/11/2013 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 11/04/2013 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 08/10/2013 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 09/15/2013 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 07/24/2013 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 09/11/2013 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 09/11/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/16/2013 |

EXHIBIT B

SFL49

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 08/03/2013 |
| Triple Threat | PA0001860961 | 08/13/2013 | 09/02/2013 | 09/11/2013 |
| Unveiling Part #1 | PA0001863105 | 09/19/2013 | 09/23/2013 | 10/16/2013 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 10/16/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/16/2013 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 10/16/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  27**

EXHIBIT B

SFL49